IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00103-MR

**WINDY CITY INNOVATIONS, LLC,**     )
                                     )
        **Plaintiff,**               )
                                     )
vs.                                  )     **O R D E R**
                                     )
                                     )
**MICROSOFT CORPORATION,**           )
                                     )
        **Defendant.**               )
_____      )

    **THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney John Austin Curry as counsel *pro hac vice*. [Doc. 7]. Upon careful review and consideration, the Court will allow the motion.

    **IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 7] is **ALLOWED**, and John Austin Curry is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

    **IT IS SO ORDERED.**

Martin Reidinger
United States District Judge