## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:15-cv-00103-MR

| | |
|---|---|
| WINDY CITY INNOVATIONS, LLC,     ) | |
|                ) | |
|          **Plaintiff,**     ) | |
|                ) | |
|       **vs.**              ) | **O R D E R** |
|                ) | |
|                ) | |
| MICROSOFT CORPORATION,     ) | |
|                ) | |
|         **Defendant.**     ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney Warren J. McCarty, III as counsel *pro hac vice*. [Doc. 8]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 8] is **ALLOWED**, and Warren J. McCarty, III is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge